AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 2:14-MJ-386 |
| Antonio L. Sibley | ) | |
| 1023 Hartford Ave | ) | |
| Akron, Oh 44320 | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____7/15/14 to 7/31/14_____ in the county of _____Franklin_____ in the

_____Southern_____ District of _____Ohio_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. section 2251(a) | Used, persuaded, induced, enticed or coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction was produced using materials that travelled in interstate or foreign commerce. |
| 18 U.S.C. section 1591 | Sex trafficking of a minor, in and affecting interstate commerce. |

This criminal complaint is based on these facts:

See attached affidavit incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

HSI TFO Aaron Dennis
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___8/8/14___

_____
*Judge's signature*

City and state: _____Columbus, Ohio_____

Terence P. Kemp - U.S. Magistrate Judge
*Printed name and title*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT, EASTERN DIVISION OF OHIO

**In the Matter of the Criminal Complaint:**

**United States of America**
**V.**
**Antonio L. Sibley**
**1023 Hartford Ave**
**Akron, OH 44320**

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Aaron Dennis, being duly sworn, depose and state that:

## I.  INTRODUCTION AND PURPOSE OF THE AFFIDAVIT

1.       I am a police officer/detective in good standing with continual service since December 12th, 1999. Currently I am a Columbus, OH Division of Police Vice Detective assigned to the Ohio Organized Crime Investigations Commission Human Trafficking Task Force. Since 2010, I have been trained and cross-designated as a Task Force Officer (TFO) with Homeland Security Investigations (HSI/ICE). This cross designation enables me to investigate both state and federal crimes. During my tenure as a Detective/Task Force Officer, I have worked multiple investigations regarding Human Trafficking/Prostitution and Narcotics offenses. I have also attended multiple training courses involving Narcotics, Pimp Controlled Prostitution, Human Trafficking, Child Prostitution Rings and Money Laundering. As a Detective/Task Force Officer, I am also authorized to carry firearms, execute warrants, make arrests for offenses against the state of Ohio and the United States, and perform other such duties as authorized by law.

2.       This affidavit is made in support of a criminal complaint against Antonio L. Sibley for violations of Title 18, United States Code, Section 2251(a) – Production of visual depictions of child pornography in interstate commerce, and Title 18 United States Code Section 1591 – sex trafficking of a minor in or affecting interstate commerce. The statements in this affidavit are based upon my training and experience, consultation with other experienced investigators and agents, review of related police reports, and other

1

sources of information relative to Child Pornography and Human Trafficking investigations. This affidavit is intended to set forth probable cause in support of the criminal complaint and does not purport to set forth all of my knowledge regarding this investigation. I have not withheld any information or evidence that would negate probable cause.

## II.  APPLICABLE STATUTES AND DEFINITIONS

3.      This investigation concerns alleged violations of Title 18, United States Code, Sections 1591 and 2251, relating to the sex trafficking of a minor and production of visual depictions of a minor engaged in sexually explicit conduct using materials that have travelled in interstate commerce.

4.      Title 18, United States Code, Section 1591(a)(1) makes it a federal offense to knowingly, in or affecting interstate or foreign commerce, recruit, entice, harbor, transport, provide, obtain, or maintain by any means a person, knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, or any combination of such means will be used to cause the person to engage in a commercial sex act, or that the person has not attained the age of 18 years and will be caused to engage in a commercial sex act.

5.      Title 18 U.S.C. Section 2251 (a), makes it a federal crime for any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in interstate or foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, if such person knows or has reason to know that such visual depiction will be transported in interstate or foreign commerce or mailed, if that visual depiction was produced using materials that have been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported in interstate or foreign commerce or mailed.

6.      Pursuant to Title 18, United States Code, Section 1591(e)(3) commercial sex act is

2

defined as "any sex act, on account of which anything of value is given to or received by any person."

7.     The term "minor", as used herein, is defined pursuant to 18 U.S.C.§2256(1) as "any person under the age of eighteen years."

8.     The term "sexually explicit conduct", as used herein, is defined pursuant to 18 U.S.C. §2256(2) as "actual or simulated (A) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (B) bestiality; (C) masturbation; (D) sadistic or masochistic abuse; or (E) lascivious exhibition of the genitals or pubic area of any person."

9.     The term "visual depiction", as used herein, is defined pursuant to 18 U.S.C. § 2256(5) to "include undeveloped film and videotape, and data stored on computer disk or by electronic means which is capable of conversion into a visual image."

## III. PROBABLE CAUSE TO ARREST

10.     On July 30th, 2014, your affiant followed up on a possible sex trafficking lead received from the National Center For Missing and Exploited Children (NCMEC). The NCMEC lead stated that a 17-year-old missing female from Fairlawn, OH was possibly being exploited for sexual purposes in Columbus, OH. Included with this lead was a poster with a picture of the missing child for identification purposes.

11.     Additional information provided by NCMEC was a link to an advertisement in the escort section of the website www.Backpage.com. Backpage.com is a website frequently used by pimps and traffickers to advertise their victims for paid sexual services. On this ad were several pictures that resembled the missing juvenile; however it could not be verified as her because the face was not shown. The title of this ad was: "Benzi $70 dollar specials 12:00 Reviewed 258653-19" also listed on this ad was the phone number 330-785-8113.

3

12. A check of this phone number on the database ACCURINT revealed it is connected to a 38-year-old male from Akron, OH named Antonio L. SIBLEY (DOB: 07/06/1976). Additional checks conducted on SIBLEY revealed he has an extensive criminal history that includes (but not limited to); Carrying a Concealed Weapon, Domestic Violence, Assault, Aggravated Robbery, Grand Theft and Resisting Arrest.

13. On July 31st a sting operation was arranged by the Ohio Organized Crime Investigations Commission Human Trafficking Task Force in an attempt to locate/rescue the missing juvenile. At approximately 12:47pm your affiant (posing as a potential customer/John) sent a text message to the phone number on the ad (330-785-8133) requesting a date with "Benzi." After several more text messages it was finally confirmed that the date would be at 3:30pm. Your affiant called 330-785-8133 at 2:25pm to ask where he should go to meet with "Benzi." A young female voice on the phone stated she was "Benzi" and directed your affiant to the Casa Villa Motel located at 3969 E. Main St. in Whitehall, OH 43213.

14. At 3:30pm, your affiant and the task force surveillance team went to the area near the Casa Villa Motel. At 3:37pm, your affiant sent another text message to 330-785-8133 asking what room he should go to for the date with "Benzi". Your affiant received a text message directing him to go to the back area of the hotel and "Benzi" would be looking out the door. As your affiant pulled onto the lot of the Casa Villa Motel he could see a youthful looking female standing in the doorway of ROOM #19. This room was located on the bottom floor of a standalone white colored two-story structure that appeared to be converted into a motel room. The female stated that she was "Benzi" and invited your affiant inside the room.

15. Once inside ROOM #19, your affiant observed that the female identifying herself as "Benzi" closely resembled the missing juvenile from the NCMEC lead. Your affiant then obtained the necessary elements for a Soliciting for Prostitution charge and "Benzi" was taken into custody without incident. After obtaining "Benzi's" identifying information she was positively identified as the missing juvenile from the NCMEC lead.

16. A check with the front desk manager revealed that ROOM #19 was in the name of

4

Antonio L. SIBLEY with an address of 1023 Hartford Ave Akron, OH 44320. This is the same SIBLEY that was linked to the phone number posted on the Backpage.com advertisement. In addition, the listed address (1023 Hartford Ave) matches the one on SIBLEY's Ohio driver's license.

17.     During an initial interview with task force agents at scene, the juvenile female stated that SIBLEY purchased the motel room for the purpose of her engaging in sexual activity for hire. SIBLEY also took pictures of the juvenile, created an advertisement with those pictures and posted it in the escort section of Backpage.com. SIBLEY provided the juvenile with a cell phone and the number to this phone was listed with her pictures on the Backpage.com ad. This was done by SIBLEY to attract customers for the juvenile for paid sexual services. SIBLEY also purchased/provided condoms for the juvenile to use with customers that responded to the online escort ads for commercial sexual activity.

18.     At approximately 5:45pm, Antonio SIBLEY was observed by the task force surveillance team walking back to the Casa Villa Motel. SIBLEY was immediately taken into custody by task force agents without incident. SIBLEY was advised that he was being arrested for a Promoting Prostitution charge. While completing arrest paperwork information, SIBLEY was asked for his phone number and provided the number 330-785-8133. This is the same number that was listed on the Backpage.com ad to arrange dates for the juvenile female. SIBLEY was then processed through the Columbus Police Identification Unit, interviewed and slated at the Franklin County Jail for Promoting Prostitution.

19.     The juvenile female was transported to Nationwide Children's Hospital where she agreed to a medical exam and forensic interview. During this interview the juvenile outlined that she came to Columbus, OH from Akron, OH with SIBLEY in April of 2014. During the time the juvenile was in Columbus she worked for SIBLEY as a prostitute until being recovered by the task force on July 31st, 2014. The juvenile further revealed that she would typically see five men for paid sexual services each day she worked. The juvenile stated that recently she and SIBLEY have been living together at the Casa Villa Motel, which is where she was recovered by law enforcement.

5

20.     A Franklin County search warrant was obtained for and executed at ROOM #19 of the
Casa Villa Motel. During a search of ROOM #19, a black KYOCERA cell phone (Model:
C5120 HEX: A0000027DB390D1308) was found sitting on top of a television. This phone was
seized and taken to the Columbus Police Property Room and submitted as evidence
(#14016536).

21.     With authorization from the original search warrant, your affiant conducted a forensic
exam of the recovered KYOCERA cell phone (Model: C5120 HEX: A0000027DB390D1308).
During this exam, your affiant verified the number assigned to the KYOCERA cell phone as
330-785-8133. This is the same number linked to SIBLEY and placed on the Backpage.com
escort ad for the juvenile female. Your affiant located multiple images saved on the KYOCERA
phone that appeared to be sexually explicit images of the juvenile female. The images depicted
the juvenile nude with close up shots of her genitalia and engaged in oral sex with what appeared
to be an adult male.

22.     On August 7th, 2014, HSI/ICE Special Agent Cameron Bryant met with the juvenile
female to conduct an interview with her regarding the sexually explicit images that were
recovered from the KYOCERA cell phone. During this interview S/A Bryant showed the
juvenile two of the sexually explicit images that your affiant found on the phone. The juvenile
positively identified those images as being of her, and stated they were taken by SIBLEY with
the camera on the KYOCERA cell phone that was found in Room #19 of the Casa Villa Motel.
The images shown to the juvenile were of her lying on a hotel room bed with her genitalia area
exposed and focused on. The juvenile further stated the pictures were taken by SIBLEY at the
hotel room where they stayed together, which is located in the Southern District of Ohio.

23. The KYOCERA cell phone (Model: C5120 HEX: A0000027DB390D1308) used by SIBLEY
for the crimes listed in this affidavit was not manufactured in the state of Ohio and therefore
travelled in interstate or foreign commerce.

6

## IV. CONCLUSION

24.     Based upon the above facts, your affiant submits that there is probable cause to believe that Antonio K. Sibley has violated Title 18 U.S. Code, Section 2251(a), used, persuaded, induced, enticed or coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction was produced using materials that travelled in interstate or foreign commerce; and Title 18 U.S. Code, Section 1591, knowingly, in or affecting interstate commerce, recruiting, enticing, harboring, transporting, providing, obtaining, or maintaining a person to engage in a commercial sex act, knowing or in reckless disregard that the person was under the age of 18 years.  Your affiant therefore respectfully requests that an arrest warrant and criminal complaint be issued.

Aaron Dennis-HSI/ICE Task Force Officer (TFO)

Sworn to me and subscribed in my presence this _____ day of August, 2014 at Columbus, Ohio.

Terrence P. Kemp
UNITED STATES MAGISTRATE JUDGE

7