UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

United States of America

-vs-  Case No. 2:14-mj-386

Antonio L. Sibley

COURTROOM MINUTES

| Judge: | Terence P. Kemp | Date and Time: | August 14, 2014 at 10:00 AM |
|---|---|---|---|
| Deputy Clerk: | Sherry Nichols | Counsel for Govt: | Heather Hill |
| Court Flow: | 14 08 14 #1 | Counsel For Dft: | Barshaunda Robinson |
| Interpreter: | | Pretrial/Probation: | |

Preliminary & Detention Hearing

-TFO Aaron Dennis sworn in and testified on behalf of Government
-The Court found probable cause
-The Court denied Dft's request for bond
-Dft remanded